UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAN HUA,<br><br>           Plaintiff,<br>    v.<br><br>BOEING CORPORATION, *et al.*,<br><br>           Defendants. | No. C08-0010RSL<br><br>ORDER |

This matter comes before the Court *sua sponte*. On July 10, 2009, the Court ordered defendants to deliver a courtesy copy of documents filed on July 7, 2009. Defendants have provided the necessary documents. The Order to Show Cause (Dkt. # 96) is hereby VACATED.

Dated this 17th day of July, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER