UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN HUA,

          Plaintiff,

    v.

BOEING CORPORATION, *et al.*,

          Defendants.

No. C08-0010RSL

ORDER DENYING DEFENDANTS'
MOTION IN LIMINE REGARDING
TESTIMONY OF CO-WORKERS

This matter comes before the Court on "Defendants' Motion in Limine to Exclude Improper Opinion Testimony from Co-Workers Regarding Treatment of Plaintiff." Dkt. # 110. Despite the narrow title, defendants seek an order precluding plaintiff's co-workers from (a) testifying regarding incidents of which they have no personal knowledge and (b) offering their opinions on whether plaintiff was treated fairly. Having reviewed the memoranda, declarations, and exhibits submitted by the parties,[1] the Court finds as follows:

Whether plaintiff can lay a proper foundation for the testimony of his co-workers at trial cannot be determined in the context of this motion. Pursuant to the Federal Rules of Evidence, plaintiff's co-workers will be permitted to testify regarding any events or statements about which they have personal knowledge. Plaintiff's out-of-court statements to his co-workers

---

[1] The issues raised can be decided on the papers submitted. Defendants' request for oral argument is therefore DENIED.

ORDER DENYING DEFENDANTS'
MOTION IN LIMINE REGARDING
TESTIMONY OF CO-WORKERS

may, depending on how and when they were made, fall within one of the recognized exceptions to the hearsay rule and be admissible through the co-worker.  The witnesses will also be permitted to testify regarding lay opinions if they are derived from their observations and are helpful to a clear understanding of the witness' testimony or a fact in issue.  Defendants' evidentiary objections are overruled without prejudice to their being raised again.

For all of the foregoing reasons, defendants' motion in limine regarding the testimony of plaintiff's co-workers is DENIED.

DATED this 23rd day of November, 2009.

_____
Robert S. Lasnik
United States District Judge