UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN HUA,

        Plaintiff,

        v.

BOEING CORPORATION, a Washington corporation, BRAD BRADLEY and "JANE DOE" BRADLEY and their marital community,

        Defendants.

Case No. C08-10RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF, and on behalf of DEFENDANTS in the amount of $4,378.71 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEE | $350.00 | 0 | $350.00 |
| II. DEPOSITION COSTS | $3,900.60 | 0 | $3,900.60 |

Clerk allowed costs for depositions used by either party at trial or in support of or in opposition to motions for summary judgment.

| III. WITNESS FEES | $173.62 | $173.62 | 0 |
|---|---|---|---|

Clerk did not allow fees for witness that did not testify.

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COPY COSTS | $128.11 | 0 | $128.11 |

Dated this <u>  22nd  </u> day of JANUARY, 2010 .


_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2